**Order entered August 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00383-CR

**ALEJANDRO VALLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70329-R**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of counsel. On August 5, 2019, counsel filed an appearance; the following day, a supplemental clerk's record containing the appointment was filed. We **DIRECT** the Clerk to list Valencia Bush as appellant's counsel of record and to send all future notice to her at Valencia Bush, 10000 N. Central Expressway, Suite 400, Dallas, TX 75231.

We **ORDER** appellant's brief due on **September 10, 2019**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE